STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6748
michael.keough@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

AMERICAN IMMIGRATION COUNCIL, *et al.*,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

Defendant.

No. 4:20-cv-03266-DMR

**JOINT REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)**

**Current CMC Date: March 30, 2022**
**Time: 1:30 p.m.**

Plaintiffs American Immigration Council, American Immigration Lawyers Association, and Human Rights Watch ("Plaintiffs") and defendants United States Citizenship and Immigration Services, United States Customs and Border Protection, and United States Immigration and Customs Enforcement ("Defendants"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court vacate and continue the Case Management Conference ("CMC"), presently scheduled for March 30, 2022, until August 3, 2022 or as soon thereafter as the Court is available.

This action, filed on May 13, 2020 under the Freedom of Information Act ("FOIA"), concerns four FOIA requests that Plaintiffs directed to Defendants regarding the Migrant Protection Protocols ("MPP"). *See* Dkt. 1. The parties previously submitted a Joint Case Management Statement on September 22, 2021 (Dkt. 43).

On January 21, 2021, the Department of Homeland Security suspended new enrollments in the MPP pending further review of the program. On February 11, 2021, DHS announced a plan to process into the United States certain individuals who had been returned to Mexico under MPP and have pending cases before the Executive Office for Immigration Review. On June 1, 2021, the Secretary of Homeland Security made a determination that MPP be terminated. On August 13, 2021, U.S. District Court Judge Kacsmaryk issued a nationwide injunction for the reinstatement of MPP. *See Texas v. Biden*, No. 2:21-CV-067-Z, 2021 WL 3603341 (N.D. Tex. Aug. 13, 2021). On December 13, 2021, the U.S. Court of Appeals for the Fifth Circuit upheld the district court's order. *See Texas v. Biden*, 20 F.4th 928 (5th Cir. 2021). On February 28, 2022, the Supreme Court of the United States granted a petition for writ of certiorari and set the case for argument during the present court term. *See Biden v. Texas*, No. 21-954, 2022 WL 497412 (Feb. 28, 2022). A decision in the case is expected by the end of the U.S. Supreme Court term in June 2022. The government is presently enjoined from terminating MPP and is required to implement the program in good faith pending the outcome of the U.S. Supreme Court's decision.

The parties are continuing to evaluate the Plaintiffs' requests in light of this ongoing litigation, and believe that a decision from the U.S. Supreme Court will allow the parties to determine whether and how to proceed. At this point, the parties do not require judicial intervention. The parties previous Joint Case Management Statement (Dkt. 43) remains accurate.

Accordingly, the parties request that the CMC scheduled for March 30, 2022, be vacated and continued until August 3, 2022 or as soon thereafter as the Court is available.

SO STIPULATED.

* * *

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: March 18, 2022 By: */s/ Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney
Attorney for Defendants

Dated: March 18, 2022 By: ***/s/ David P. Enzminger*
DAVID P. ENZMINGER (CA State Bar No. 137065)
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1700
denzminger@winston.com

Attorney for Plaintiffs

** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.

**ORDER (AS MODIFIED)**

IT IS HEREBY ORDERED that the Further Case Management Conference, scheduled for March 30, 2022 at 1:30 p.m. is vacated and continued to August 3, 2022 at 1:30 p.m. in Oakland, by Videoconference only. Parties shall file an updated joint case management conference statement by July 27, 2022.

**IT IS SO ORDERED AS MODIFIED.**




Dated: March 22, 2022

DONNA M. RYU
United States Magistrate Judge