1 STEPHANIE M. HINDS (CABN 154284)
United States Attorney
2 MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3 MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney
4
    450 Golden Gate Avenue, Box 36055
5   San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
6   FAX: (415) 436-6748
    michael.keough@usdoj.gov
7
Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                  OAKLAND DIVISION

12 AMERICAN IMMIGRATION COUNCIL,          ) No. 4:20-cv-03266-DMR
   *et al.*,                              )
13                                        ) **JOINT REQUEST TO CONTINUE**
          Plaintiffs,                     ) **FURTHER CASE MANAGEMENT**
14                                        ) **CONFERENCE;  ORDER (AS MODIFIED)**
       v.                                 )
15                                        ) **Current CMC Date:   October 5, 2022 Time:**
   UNITED STATES CITIZENSHIP AND          ) **1:30 p.m.**
16 IMMIGRATION SERVICES, *et al.*,        )
                                          )
17        Defendant.                      )
                                          )
18 _____   )

19        Plaintiffs American Immigration Council, American Immigration Lawyers Association, and

20 Human Rights Watch ("Plaintiffs") and defendants United States Citizenship and Immigration Services,

21 United States Customs and Border Protection, and United States Immigration and Customs Enforcement

22 ("Defendants"), by and through their undersigned counsel, hereby STIPULATE and respectfully

23 REQUEST that the Court vacate and continue the Case Management Conference ("CMC"), presently

24 scheduled for October 5, 2022, until December 7, 2022 or as soon thereafter as the Court is available.

25        This action, filed on May 13, 2020 under the Freedom of Information Act ("FOIA"), concerns

26 four FOIA requests that Plaintiffs directed to Defendants regarding the Migrant Protection Protocols

27 ("MPP").  *See* Dkt. 1.  The parties previously submitted a Joint Case Management Statement on

28 September 22, 2021 (Dkt. 43).

STIPULATION AND ORDER
4:20-CV-03266-DMR                          1

1    On January 21, 2021, the Department of Homeland Security suspended new enrollments in the

2  MPP pending further review of the program.  On February 11, 2021, DHS announced a plan to process

3  into the United States certain individuals who had been returned to Mexico under MPP and have

4  pending cases before the Executive Office for Immigration Review.  On June 1, 2021, the Secretary of

5  Homeland Security made a determination that MPP be terminated.  On August 13, 2021, U.S. District

6  Court Judge Kacsmaryk issued a nationwide injunction for the reinstatement of MPP.  *See Texas v.*

7  *Biden*, No. 2:21-CV-067-Z, 2021 WL 3603341 (N.D. Tex. Aug. 13, 2021).  On December 13, 2021, the

8  U.S. Court of Appeals for the Fifth Circuit upheld the district court's order.  *See Texas v. Biden*, 20 F.4th

9  928 (5th Cir. 2021).  On June 30, 2022, the Supreme Court of the United States reversed the Fifth

10  Circuit's decision and remanded the case for further proceedings, holding that the present

11  administration's rescission of the MPP constituted a valid final agency action.  *Biden v. Texas*, 142 S.

12  Ct. 2528 (2022).  In light of this decision, the parties understand that the MPP will not be implemented

13  going forward.

14    The parties have agreed that, in light of the decision in *Biden v. Texas*, the only remaining issue

15  to be resolved is Plaintiffs' request for documents containing daily situational reports from Defendant

16  U.S. Customs and Border Protection ("CBP").  CBP has agreed to provide these documents subject to

17  appropriate FOIA redactions.  Once the documents are provided to Plaintiffs, the parties will meet and

18  confer regarding any objections to these redactions and propose a briefing schedule for any objections

19  that cannot be resolved through the meet and confer process.  Plaintiffs will not seek attorney's fees or

20  costs.

21    At this point, the parties do not require judicial intervention. The parties previous Joint Case

22  Management Statement (Dkt. 43) remains accurate.  Accordingly, the parties request that the CMC

23  scheduled for October 5, 2022, be vacated and continued until December 7, 2022 or as soon thereafter as

24  the Court is available.

25    SO STIPULATED.

26
           *          *          *
27

28

STIPULATION AND ORDER
4:20-CV-03266-DMR                                          2

1    Respectfully submitted,

2                                                    STEPHANIE M. HINDS
                                                     United States Attorney
3
     Dated: September 28, 2022        By:    /s/ Michael A. Keough
4                                            MICHAEL A. KEOUGH
                                             Assistant United States Attorney
5
                                             Attorney for Defendants
6

7
     Dated: September 28, 2022        By:    **/s/ David P. Enzminger
8                                            DAVID P. ENZMINGER (CA State Bar No. 137065)
                                             WINSTON & STRAWN LLP
9                                            333 South Grand Avenue, 38th Floor
                                             Los Angeles, CA 90071
10                                           (213) 615-1700
                                             denzminger@winston.com
11
                                             Attorney for Plaintiffs
12
                                             ** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document
13                                              has obtained approval from this signatory.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                      **ORDER (AS MODIFIED)**

2         IT IS HEREBY ORDERED that the Further Case Management Conference, presently

3 scheduled for October 5, 2022, is vacated and continued to <u>December 7, 2022 at 1:30 p.m.</u> in

4 Oakland, - by Videoconference.  Parties shall file an updated joint case management conference

5 statement by November 30, 2022.

6         IT IS SO ORDERED AS MODIFIED.

7

8 Dated:   September 29, 2022

9

10                                       _____

11                                DONNA M. RYU

                                United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
4:20-CV-03266-DMR                                       4

*(Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA. Stamp: IT IS SO ORDERED AS MODIFIED. Judge Donna M. Ryu)*