```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    michael.keough@usdoj.gov
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendant. | No. 4:20-cv-03266-DMR <br><br> **JOINT REQUEST FOR 60-DAY STAY; ORDER** |

  Plaintiffs American Immigration Council, American Immigration Lawyers Association, and Human Rights Watch ("Plaintiffs") and defendants United States Citizenship and Immigration Services, United States Customs and Border Protection, and United States Immigration and Customs Enforcement ("Defendants," and together with the Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court vacate and continue the Case Management Conference ("CMC"), presently scheduled for December 7, 2022, and stay this action for sixty (60) days while the parties finalize resolution of this matter.

  On November 23, 2022, defendant U.S. Customs and Border Protection ("CBP") produced the final set of documents in response to the underlying Freedom of Information Act ("FOIA") requests at issue in this action. On November 29, 2022, counsel for the Parties met and conferred and reached an

1  agreement in principle that no issues remained for the Parties to resolve.

2      Therefore, the parties agree that all disputes and deadlines should be stayed for a period of sixty

3  (60) days, until January 30, 2023, so that the parties may finalize the terms of dismissal and file an

4  appropriate stipulation pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

5      In the event that the parties require additional time beyond January 30, 2023 to finalize the

6  aforementioned resolution, the parties agree to submit another stipulation by that date.

7      SO STIPULATED.

                *        *        *

Respectfully submitted,

                                STEPHANIE M. HINDS
                                United States Attorney

Dated: November 30, 2022      By:    */s/ Michael A. Keough*
                                MICHAEL A. KEOUGH
                                Assistant United States Attorney

                                Attorney for Defendants

Dated: November 30, 2022      By:    **/s/ David P. Enzminger*
                                DAVID P. ENZMINGER (CA State Bar No. 137065)
                                WINSTON & STRAWN LLP
                                333 South Grand Avenue, 38th Floor
                                Los Angeles, CA 90071
                                (213) 615-1700
                                denzminger@winston.com

                                Attorney for Plaintiffs

                                ** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document
                                   has obtained approval from this signatory.

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management Conference, presently scheduled for December 7, 2022, is vacated. The matter is stayed until January 30, 2023. If the parties complete resolution of the case prior to that date, they shall file a stipulation of dismissal. If the parties do not complete resolution of the case prior to that date, they shall file a status update with the Court by January 30, 2023.

Dated:  December 1, 2022



_____
DONNA M. RYU
United States Magistrate Judge